# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAMEON BROME, | No. 4:18-CV-02129 |
| Petitioner, | (Judge Brann) |
| v. | |
| SUPERINTENDENT, SCI DALLAS, *et al.*, | |
| Respondents. | |

## ORDER

### DECEMBER 21, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, Doc. 1, is **DISMISSED AS MOOT**; and

2. The Clerk of Court is directed to **CLOSE** this matter.

          BY THE COURT:

          *s/ Matthew W. Brann*
          Matthew W. Brann
          United States District Judge